# First District Court of Appeal
## State of Florida

_____

No. 1D17-4197
_____

NIRAV PATEL, MAHENDRA PATEL
and ARRR TRUCK STOP, LLC, a
Florida Limited Liability
Company,

    Appellants,

    v.

HAMILTON, LLC, a Florida
Limited Liability Company,
HARRISON PLUMBING, INC., a
Florida Corporation,

    Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Timothy Register, Judge.

May 23, 2018

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kerry Adkison of Kerry Adkison, P.A., Chipley, for Appellants.

Michael Wm Mead of Mead Law Firm, Fort Walton Beach, for Appellee.